1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

KAREN L. ALLEN, and W.A.,
through his guardian ad litem,

NO. 2:16-CV-0276-TOR

8

9

Plaintiffs,

v.

ORDER GRANTING STIPULATED
MOTION TO DISMISS INDIVIDUAL
DEFENDANTS

10

11

SPOKANE PUBLIC SCHOOL
DISTRICT, et al.,

12

Defendants.

13

14        BEFORE THE COURT are the parties' Stipulated Motion to Dismiss the

15   Individual Defendants (ECF No. 44), and Motion to Expedite (ECF No. 45).

16   These matters were submitted for consideration without oral argument.  The parties

17   have stipulated that all claims against the individual Defendants named in

18   Plaintiffs' amended complaint should be dismissed with prejudice and without an

19   award of costs to any party.

20   //

ORDER GRANTING STIPULATED MOTION TO DISMISS INDIVIDUAL
DEFENDANTS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Expedite (ECF No. 45) is **GRANTED**.

2. The parties' Stipulated Motion to Dismiss the Individual Defendants (ECF No. 44) is **GRANTED**. Plaintiff's claims against individual Defendants Elizabeth Guettinger, Julie Owen, and Emma Noble are dismissed with prejudice and without award of costs to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and terminate these Defendants from the docket.

**DATED** September 19, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS INDIVIDUAL DEFENDANTS ~ 2